

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 22, 2026

Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

      Re:    United States v. Michael Nabati
             <u>26 Mag. 651</u>

Dear Judge Krause:

      The defendant in the above matter was arrested this morning in Los Angeles. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

                    /s

      By:    _____

                James McMahon
                Assistant United States Attorney
                (914) 993-1936

SO ORDERED:

_____
HON. ANDREW E. KRAUSE
United States Magistrate Judge

 Dated: April 22, 2026